IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-2084-PSF-CBS

QWEST CORPORATION, a Colorado corporation,

    Plaintiff,

v.

AT&T CORP., a New York corporation, and
AT&T COMMUNICATIONS, INC., a Delaware corporation,

    Defendants.

## STIPULATION AND ORDER DISMISSING LAWSUIT WITH PREJUDICE

Pursuant to Rule 41, the parties hereby stipulate that this lawsuit has been voluntarily settled and that it may be dismissed with prejudice.

STIPULATED AND AGREED TO THIS 28TH DAY OF JUNE, 2005, BY THE UNDERSIGNED COUNSEL FOR THE PARTIES:

| For Plaintiff | For Defendants |
|---|---|
| QWEST CORPORATION | AT&T CORP. and AT&T COMMUNICATIONS, INC. |
| s/ James E. Scarboro | s/ Rick D. Bailey |
| James E. Scarboro, Esq., #5389 | Rick D. Bailey, #26554 |
| Arnold & Porter | Holland & Hart LLP |
| 370 17th Street, Suite 4500 | 8390 East Crescent Parkway, Suite 400 |
| Denver, CO 80202-5647 | Greenwood Village, CO 80111 |
| Telephone: (303) 863-2311 | Telephone: (303) 290-1600 |
| Facsimile: (303) 832-0428 | Facsimile: (303) 290-1606 |
| E-mail: james_scarboro@aporter.com | E-mail: rbailey@hollandhart.com |

IT IS HEREBY ORDERED that Civil Action No. 03-cv-2084-PSF-CBS is dismissed with prejudice, each party to bear its own costs and attorneys fees.

DATED:  June 29, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge